# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-11022
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 1, 2018

Lyle W. Cayce
Clerk

YVETTE COLEMAN,

Plaintiff-Appellant

v.

BANK OF AMERICA, N.A.; JEREMY KASTER; TOMMY BROCK,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CV-1439

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant Yvette Coleman, a female African-American formerly employed by Defendant-Appellee Bank of America, N.A. ("the Bank"), appeals the district court's summary judgment in favor of the Bank and two of its employees, Jeremy Kaster and Tommy Brock, against whom Coleman had added claims of defamation. The history of Coleman's employment with the Bank and the relevant events leading up to her termination are set forth in

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-11022

detail by the district court in its 24 page Memorandum Opinion and Order of August 4, 2017. Coleman contends that the Bank's proffered reasons for firing her in April 2016 were pretext for racial discrimination and retaliation under Title VII, as well as violative of the Family Medical Leave Act ("FMLA"). She also asserted claims of defamation against Kaster and Brock. In June 2017, Coleman filed a motion to strike all of Defendants-Appellees' summary judgment evidence.

We have reviewed the record on appeal, including the briefs of the parties and the district court's fulsome Memorandum Opinion and Order. As a result, we are satisfied, for essentially the reasons set forth by the district court, that its Judgment should be, and hereby is,

AFFIRMED.